## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Western Division

Myron J. Kykta

                Plaintiff,

v.                                          Case No.: 3:13−cv−50325
                                          Honorable Frederick J. Kapala

Jeff Ciaccio, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 11, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 5/11/2018. Deposition of the named witness shall be completed by 6/11/2018. Defendants' motion for sanctions [105] is denied. Status hearing set for 8/17/2018 at 9:30 AM. Mailed notice (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.