# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Myron J. Kykta

                     Plaintiff,

v.                                                  Case No.: 3:13–cv–50325

                                                          Honorable Thomas M. Durkin

Jeff Ciaccio, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Motions in limine [147][149], are granted in part and denied in part for the reasons stated on the record. Final pretrial conference held on 11/1/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.